No. 408. COAST LUMBER CO. ET AL. *v.* JOHNSON ET AL.

November 19, 1928. *Per Curiam:* The appeal is dismissed on the authority of § 237 of the Judicial Code, as amended by the act of February 13, 1925 (43 Stat. 936, 937) for lack of jurisdiction. Treating the appeal as an application for certiorari the same is denied for want of a substantial federal question on the authority of *Shulthis* v. *McDougal*, 225 U. S. 561, 569; *Hull* v. *Burr*, 234 U. S. 712, 720; *Norton* v. *Whiteside*, 239 U. S. 144, 147. *Mr. James H. Hawley* for appellants. No appearance for appellees.